UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RONNIE EUGENE CONNOLLY,

        Petitioner,

vs.                           Case No. 3:06-cv-83-J-12TEM

JAMES V. CROSBY,
etc.; et al.,

        Respondents.

### ORDER OF DISMISSAL WITHOUT PREJUDICE

This cause is before the Court upon a Petition for Writ of Habeas Corpus (Doc. #2), in which Petitioner challenges a state court judgment of conviction for lascivious assault upon a minor and committing a lewd act in the presence of a minor (state case number CR-92-265). The Court takes judicial notice of Petitioner's previous filings in this Court, in which he challenged the same judgment of conviction he attacks herein: case number 6:97-cv-1008-Orl-18A (dismissed with prejudice on October 19, 1998) and case number 6:04-cv-469-Orl-22JGG (dismissed without prejudice on May 3, 2004, to give Petitioner the opportunity to obtain authorization to file a second or successive petition from the United States Court of Appeals for the Eleventh Circuit).

Before a second or successive habeas corpus application may be filed in this Court, Petitioner is required to obtain an order from the Eleventh Circuit Court of Appeals, authorizing this Court to consider the application. See 28 U.S.C. § 2244(b)(3)(A). For this reason, this case will be dismissed without prejudice to give Petitioner the opportunity to seek the requisite authorization from the Eleventh Circuit.

Therefore, it is now

**ORDERED AND ADJUDGED:**

1. This case is **DISMISSED** without prejudice.

2. The Clerk of the Court shall enter judgment dismissing this case without prejudice.

3. The Clerk of the Court shall send Petitioner an "Application for Leave to File a Second or Successive Habeas Corpus Petition 28 U.S.C. § 2244(b) By a Prisoner in State Custody" form.

4. If Petitioner obtains authorization form the Eleventh Circuit to file a second or successive petition, he must append such authorization to any petition he may hereinafter file in this Court.

**DONE AND ORDERED** at Jacksonville, Florida, this 8TH day of February, 2006.

　　　　　　　　　　　　　　　　　Howell W. Melton
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ps 2/6
c:
Ronnie Eugene Connolly

2